1  STEVEN L. CRAWFORD #166488
   Law Office of Steven L. Crawford
2  55 Shaw Avenue, Suite 114
   Clovis, California 93612
3  Tel: (559) 298-9900
   Fax: (559) 298-9903
4

5  Attorney for Defendant
           PATRICIA WHYMS
6

7

8               IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      ) Case No.  CR-F-05-0033 OWW
                                  )
12           Plaintiff,           ) NOTICE OF REQUEST FOR
                                  ) PERMISSION TO TRAVEL OUTSIDE
13      vs.                       ) THE EASTERN DISTRICT AND
                                  ) ATTACHED ORDER
14 PATRICIA WHYMS,                )
                                  )
15           Defendant.           )
                                  )
16

17

18 TO THE UNTIED STATES ATTORNEY AND KIMBERLY KELLY, ASSISTANT

19 UNITED STATES ATTORNEY:

20 Please take notice that the above named defendant was released

21 to the custody of a third party custodian.  Ms. Whyms has

22 requested permission from Ms. Daulton, her pretrial officer, to

23 travel to her home state of Washington on August 10, 2005 and to

24 return to the Eastern District of California on or before August

25 18, 2005.  The purpose of this request is two-fold:

26    1.   Ms. Whyms sister is getting married during that time

27         period; and

28 ///

                              - 1

PDF created with pdfFactory trial version www.pdffactory.com

1    2.    That Ms. Whyms needs to retrieve her personal belongings

2         in Washington.

3  Ms. Whyms was told she needed a signed order from this Honorable

4  Court prior to departure.

5  DATED: 7/18/05

6

7                                    _____

8                                    STEVEN L. CRAWFORD, Attorney for
                                     Patricia Whyms
9

10                               **ORDER**

11     It is hereby ordered that PATRICIA WHYMS can travel to the

12  State of Washington for the purpose of attending her sister's

13
14  wedding and retrieving her personal belongings.  Ms. Whyms shall

15  depart on August 10, 2005 and return no later than August 18,

16  2005.

17  Dated:    August 15, 2005

18                          /s/ OLIVER W. WANGER

19

20                          _____

21                          UNITED STATES DISTRICT COURT JUDGE
                            EASTERN DISTRICT OF CALIFORNIA
22

23

24

25

26

27

28

- 2

PDF created with pdfFactory trial version www.pdffactory.com